Decided April 12, 2007

---

STATE OF CONNECTICUT *v.* RICHARD W. STRICH

The defendant's petition for certification for appeal from the Appellate Court, 99 Conn. App. 611 (AC 27371), is denied.

*Jon L. Schoenhorn,* in support of the petition.

*Sarah Hanna,* special deputy assistant state's attorney, in opposition.

Decided April 12, 2007

---

TYRONE REID *v.* COMMISSIONER OF CORRECTION

The petitioner Tyrone Reid's petition for certification for appeal from the Appellate Court, 100 Conn. App. 59 (AC 27139), is denied.

*James M. Fox,* special public defender, in support of the petition.

*Frederick W. Fawcett,* supervisory assistant state's attorney, in opposition.

Decided April 12, 2007